UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>    Plaintiff,<br><br>    v.<br><br>TRACY BARBOUR,<br><br>    Defendant. | Case No. 2:23-cv-00021-DAD-JDP<br><br>ORDER DIRECTING PLAINTIFF TO FILE A SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff filed a complaint together with an unsigned application to proceed *in forma pauperis*. ECF Nos. 1 & 2. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because the application to proceed *in forma pauperis* is not signed, ECF No. 2, it will be disregarded. Within thirty days, plaintiff shall submit either a signed and completed application to proceed *in forma pauperis* or pay the $402 filing fee.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, ECF No. 2, is disregarded.

2. The Clerk of the Court is directed to send plaintiff the form application for leave to proceed *in forma pauperis* used in this court.

1

3.  Within thirty days of the date of this order, plaintiff shall submit either a signed and completed application to proceed *in forma pauperis* or pay the $402 filing fee.

4.  Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  January 24, 2023                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE