UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>  Plaintiff,<br><br>  v.<br><br>TRACY BARBOUR,<br><br>  Defendant. | No.  2:23-cv-00021-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 9) |

Plaintiff Jean Marc Van den Heuvel, proceeding *pro se* and *in forma pauperis*, initiated this civil action on January 5, 2023.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action, failure to obey court orders, and failure to state a cognizable claim.  (Doc. No. 9.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  On February 16, 2024, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 11.)

As with plaintiff's other filings in this action, his objections are difficult to decipher and consist of pages of run-on rambling sentences without punctuation.  Plaintiff's non-sensical

1

rambling does not substantively address the findings and recommendations. Plaintiff's objections simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 7, 2024 (Doc. No. 9) are adopted in full;

2. This action is dismissed due to plaintiff's failure to prosecute this action, failure to obey court orders, and failure to state a cognizable claim; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2